AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| TEND SKIN INTERNATIONAL, INC., d/b/a The Tend Skin Company, *Plaintiff(s)* <br><br> v. <br><br> BARTON & COMPANY, INC., d/b/a Skin Tight *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 26-cv-60322-MD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BARTON & COMPANY, INC.
c/o Registered Agent: Clinton Jackson
8459 White Oak Avenue, #101
Rancho Cucamonga, California 91730

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Marc E. Rosenthal, Esq.
Casey R. Cummings, Esq.
Rosenberg & Cummings PLLC
802 NE 20th Avenue
Fort Lauderdale, Florida 33304

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   02/06/2026

Angela E. Noble
Clerk of Court

s/ K. Pierre
Deputy Clerk
U.S. District Courts

SUMMONS